■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW J. VIBBERT, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Cayuga County Court (Peter E. Corning, J.), rendered January 26, 2006. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.